IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  09-cv-00753-MSK-CBS

UNITED STATES OF AMERICA,

  Plaintiff,

v.

VARIOUS PIECES OF OLD MASTERS FINE ART;
VARIOUS PIECES OF CONTEMPORARY ART;
VARIOUS PIECES OF FINE ART;
26029 EAST PHILLIPS PLACE, AURORA, COLORADO;
4497 AND 4499 SHADOW RIDGE, ISLAND PARK, IDAHO;
CONVEYANCES;
E*TRADE ACCOUNTS;
SPORTS MEMORABILIA;
FIREARMS;
TAXIDERMY; and
PERSONAL PROPERTY,

  Defendants.

## ORDER REGARDING CUSTODY OF EXHIBITS AND DEPOSITIONS USED IN EVIDENTIARY HEARINGS AND TRIALS

IT IS ORDERED that, as to any exhibits and depositions used during evidentiary hearings or trials, counsel for the parties shall retrieve the originals of such exhibits and depositions from the Court following the evidentiary hearing or trial, and shall retain same for 60 days beyond the later of the time to appeal or conclusion of any appellate proceedings. The Court will retain its copy of the exhibits for the same time period after which the documents will be destroyed.

DATED this 10th day of April, 2009.

              **BY THE COURT:**

              *[signature: Marcia S. Krieger]*

              Marcia S. Krieger
              United States District Judge