IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 09-cv-00753-MSK-CBS

UNITED STATES OF AMERICA,

    Plaintiff,

v.

VARIOUS PIECES OF OLD MASTERS FINE ART;

VARIOUS PIECES OF CONTEMPORARY ART;

VARIOUS PIECES OF FRAMED FINE ART;

26029 EAST PHILLIPS PLACE, AURORA, COLORADO

4497 AND 4499 SHADOW RIDGE, ISLAND PARK, IDAHO

CONVEYANCES;

E*TRADE ACCOUNTS;

BASEBALL MEMORABILIA;

FIREARMS;

TAXIDERMY; and

PERSONAL PROPERTY,

    Defendants.

---

## ORDER DISMISSING DEFENDANT 4499 SHADOW RIDGE ONLY
---

  THIS MATTER comes before the Court on the United States' Unopposed Motion to Dismiss Defendant 4499 Shadow Ridge Only, and the Court having read said motion and being fully advised in the premises;

FINDS THAT the United States has commenced this action in rem pursuant to 18 U.S.C. §981;

THAT the United States has no further claim against defendant 4499 Shadow Ridge;

THAT based upon the facts and verification set forth in the Verified Complaint, it appears that there was reasonable cause for the seizure of defendant 4499 Shadow Ridge and the filing of the Amended Verified Complaint for Forfeiture; and

THAT the dismissal of 4499 Shadow Ridge does not affect the adjacent property at 4497 Shadow Ridge or any of the other defendant properties in this action.

NOW THEREFORE, IT IS ORDERED that defendant 4499 Shadow Ridge only is dismissed from this forfeiture action, and a Certificate of Reasonable Cause is granted pursuant to 28 U.S.C. §2465.

DATED this 12th day of May, 2010, *nunc pro tunc*, April 15, 2010.

**BY THE COURT:**

*Marcia S. Krieger*

Marcia S. Krieger
United States District Judge