IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-00753-MSK-CBS

UNITED STATES OF AMERICA,

        Plaintiff,

v.

VARIOUS PIECES OF OLD MASTERS FINE ART;

VARIOUS PIECES OF CONTEMPORARY ART;

VARIOUS PIECES OF FINE ART;

4497 AND 4499 SHADOW RIDGE, ISLAND PARK, IDAHO;

CONVEYANCES;

E*TRADE ACCOUNTS;

SPORTS MEMORABILIA;

FIREARMS;

TAXIDERMY;

PERSONAL PROPERTY;

RIDLEY ACCOUNT;

CHURCH TITHINGS;

C.G. BOERNER INTEREST; and

JEWELRY,

        Defendants.

---
**FINAL ORDER OF FORFEITURE**
---

THIS MATTER comes before the Court on the United States' Unopposed Motion for Final Order of Forfeiture, the Court having reviewed said Motion FINDS:

THAT the United States commenced this action in rem pursuant to 18 U.S.C. § 981;

THAT all known parties have been provided with an opportunity to respond and that publication has been effected as required by Supplemental Rule G(4);

THAT the United States and all parties have reached a settlement in this case, and have resolved all issues in dispute;

THAT upon agreement of the parties the following property described below, and more fully described in the Attachment 1 incorporated herein and also attached to the United States' Motion for Final Order of Forfeiture is forfeited to the United States:

    a. Old Masters Fine Art (09-USP-000820, 000879 & 000880);

    b. Contemporary Art (09-USP-000830, 000876 and 000878);

    c. Fine art, bronze busts, acrylic sculpture and 3 bronze statutes (09-USP-000825 and 000840);

    d. Vacant land located at 4497 Shadow Ridge, Island Park, Idaho, more particularly described as Lot 12, Block 5, Stonegate Phase 2, Fremont County, Idaho;

    e. Conveyances (09-USP-000755-000764, 000767-000787, 000870-000874, 000877, 000882, 000968-000970, 000972 and 000973);

      f. E* Trade Securities Accounts liquidated and held by the United States Marshals Service (09-USP-000888-000900;

      g. Sports memorabilia (09-USP-000789);

      h. Proceeds from the sale of firearms held by the United States Marshals Service (09-USP-000883);

      i. Proceeds from the sale of taxidermy (09-USP-000884);

      j. Personal property and/or the proceeds from the sale thereof (09-USP-000765,000837, 000838, 000845, 000839, 000846, 000860, 000861, and 000971);

      k. All monies from attorney Patrick Ridley's account held by the United States Marshals Service or subsequently made available from the sale of personal property (09-USP-000885);

      l. Church tithings held by the United States Marshals Service (09-USP-000886);

      m. Any and all interest of Shawn Merriman and Andrea Merriman in C.G. Boerner, LLC (09-USP-000887); and

      n. Jewelry (09-USP-000881).

THAT the United States, pursuant to its agreements with Security Service Federal Credit Union and Citizens Bank, will pay the amounts stipulated in their agreements from and to the extent there are sufficient proceeds from the sale of defendants Aston Martin and Motor Coach.

THAT it further appears there is cause to issue a forfeiture order under 18 U.S.C. § 981.

NOW, THEREFORE, IT IS ORDERED, DECREED AND ADJUDGED:

THAT forfeiture of defendant property shall enter in favor of the United States; the United States shall have full and legal title to the defendant property, and may dispose of it in accordance with law and in accordance with the terms and provisions of the parties' Settlement Agreements;

THAT the Clerk of Court is directed to enter Judgment and thereafter close this case; and

THAT a Certificate of Reasonable Cause, which this Order constitutes, is granted as to all defendant property pursuant to 28 U.S.C. § 2465.

DATED this 10th day of November, 2010.

**BY THE COURT:**

_Marcia S. Krieger_
Marcia S. Krieger
United States District Judge